LAW OFFICES OF

## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON
───────────
SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036

TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297

WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292
───────────
OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

Hon. Arlene Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722
**Filed via ECF**

December 14, 2022

**RE:    Fausto Delgado vs. All Shore Marine Construction Inc.
Docket No. 2:22-cv-00340-AMD-ARL (Request to Amend the Complaint)**

Dear Judge Lindsay:

Plaintiff requests leave to amend the complaint. Plaintiff seeks leave to amend in order to add an additional plaintiff to this matter and end this matter's status as a collective action.

Upon conducting further research, we have discovered an additional Plaintiff. The same research has also revealed that it is not prudent to continue this matter as a collective action.

Lastly, Plaintiff seeks leave to amend in order to assert a claim of retaliation. This claim is based upon information and evidence not present when Plaintiff filed the original complaint.

I thank the Court for its attention to this matter.

Respectfully,

_____/S/_____
Lawrence Spasojevich, Esq.
*Attorney for Plaintiff*