LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036

TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297

WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

Hon. Arlene Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722
**Filed via ECF**

July 7, 2023

RE: **Fausto Delgado vs. All Shore Marine Construction Inc.**
**Docket No. 2:22-cv-00340-AMD-ARL (Status Report)**

Dear Judge Lindsay:

Please allow this correspondence to serve as the joint status letter for the Parties in the above reference action.

The Parties were unable to complete mediation in this matter. As such, the Plaintiff will request the Court allow Plaintiff to amend its complaint and proceed to litigate this matter.

The Parties thank the Court for its attention to this matter.

Respectfully,

/S/
Lawrence Spasojevich, Esq.
*Attorney for Plaintiff*