

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

Counseling and Advising Clients Exclusively on Laws of the Workplace

**Saul D. Zabell**
Email: SZabell@laborlawsny.com

July 17, 2023

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

    Re: <u>Fausto Delgado vs. All Shore Marine Construction, Inc.
           Case No. 22-cv-00340 (AMD) (ARL)</u>

Your Honor:

    This firm represents Defendant All Shore Marine Construction, Inc. in the above-referenced matter. We write jointly with counsel for Plaintiff in accordance with Your Honor's Order of July 10, 2023.

    The Parties have agreed upon a mediator and have selected James A. Brown, Esq. Unfortunately, due to scheduling conflicts between the Parties and mediator, the Parties have been unable to select a date at this time. The Parties will provide the Court with a further status report once a date is set.

    The Parties thank the Court for its attention to this matter and remains available should the Court require additional information regarding this submission.

Respectfully submitted,

ZABELL & COLLOTTA, P.C.

Saul D. Zabell
SDZ/atm

    cc: Lawrence Spasojevich, Esq. (*via* Electronic Case Filing)
         Client