**SPASOJEVICH LAW**

9224 Queens Boulevard #740010
Rego Park, New York 11374

Phone: (914)-487-3592
Email: ls@spasojevichlaw.com

Hon. Arlene Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722
**Filed via ECF**

December 14, 2023

**RE:** **Fausto Delgado vs. All Shore Marine Construction Inc.**
**Docket No. 2:22-cv-00340-AMD-ARL (Status Report)**

Dear Judge Lindsay:

    The Parties are pleased to report that they have reached an agreement in principle to resolve this matter. The Parties have exchanged settlement agreements and are working to finalize and submit it to the Court for approval. The Parties request forty-five (45) days to complete finalization and, if completed sooner, will submit such to the Court.

    I thank the Court for its attention to this matter.

    Respectfully,

    /S/
    Lawrence Spasojevich, Esq.
    *Attorney for Plaintiff*